IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WALTER MORYAN                          :

                                       :

            v.                         :          NO.   11-918

                                       :

NCO FINANCIAL SYSTEMS, INC.            :

                                       :          **FILED**

                                                  AUG 10 2011

                    JUDGMENT            MICHAEL _____, Clerk
                                        C:_____Dep. Clerk


BEFORE STENGEL, J.

        AND NOW, to wit, this 10th day of August, 2011, it is
ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.  offer
of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
        It is ORDERED that judgment is entered in favor of
plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of
$750.00 together with interest and costs.



                              BY THE COURT:
                              ATTEST:

                              _Mary Chase_____
                              Mary Chase
                              Deputy Clerk



judg